**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                                                                  Chapter 13

James J. Cahalan                                                                         Case No. 9-15-bk-03208-FMD

      Debtor
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

      1.      The Debtor's Petition for Relief to Chapter 13 was filed on March 30, 2015.

      2.      <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

      3.      It does not appear that the Debtor has dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

      a.      The Trustee hereby requests/has requested the following additional documents to determine if the Debtor has dedicated all disposable income to the plan:

            2014 income tax returns by August 1, 2015

      b.      The Debtor must file an Amended Schedule I accurately reflecting their present income.

      c.      The Debtor is paying for the following luxury items:  Non exempt real property in Rhode Island with no positive monthly income.

      d.      The Debtor's Current Monthly Income (Form B22C-1 & B22C-2) needs to be amended to:

            Correct lines <u>2 – 11</u> because they are understated (B22C-1)
            Correct line <u>12</u> to list $0 or provide proof to the Trustee of the expense (B22C-2)
            Correct lines <u>13d – f</u> because it isn't allowed by law (B22C-2)

      e.      The Debtor must provide complete copies of all tax return(s) to the Trustee's office no later than April 15th of each year for the preceding year's taxes and all tax refunds must be committed to the plan for each year during the applicable plan period, beginning with tax year <u>2014</u>.  The Debtor should not spend ANY tax refund without prior court approval because they may be required to turn over the refund to the Trustee in addition to regular plan payments.

      4.      The Plan violates 11 U.S.C. §1325(a)(4) in that it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

      a.      The Trustee hereby requests/has requested the following additional documents to determine if the Debtor has met the best interests of creditors test:

>   2014 income tax returns
>   Proof of Tenancy by the Entireties exemption

5.      An Amended Plan must be filed because:

      a.      The Plan fails to provide for the treatment of Debtor's home owner's association pursuant to 11 U.S.C. §1325(a)(5) and/or 11 U.S.C. §1322.

>   /s/ Jon M. Waage
>   Jon M. Waage
>   Chapter 13 Standing Trustee
>   P.O. Box 25001
>   Bradenton, Florida 34206
>   Phone:   (941) 747-4644
>   FAX:     (941) 750-9266

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class US Mail to **James J. Cahalan,** 11792 Lady Anne Circle, Cape Coral FL 33991 and **Richard J. Hollander, Esquire**, 2430 Shadowlawn Drive, Suite 18, Naples, Florida 34112, and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 8th day of June, 2015.

>   /s/ Jon M. Waage

JMW/MEC/lp