ORDERED.

Dated:  March 02, 2016

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 9:15-bk-03208-FMD
                                                                                                   Chapter 13

James Cahalan

    Debtor.
_____/

**ORDER CONTINUING AND RESCHEDULING
CONFIRMATION HEARING AND HEARING ON
OBJECTIONS TO CONFIRMATION FILED BY RES-FL JJC, LLC**

THIS CASE came on for a confirmation hearing and hearing on Objections to Confirmation filed by RES-FL JJC, LLC (Doc. Nos. 20 & 25) on February 25, 2016, and it appears that additional time is required to consider confirmation of the Chapter 13 Plan. Accordingly, it is

**ORDERED:**

1. The confirmation hearing and hearing on Objections to Confirmation filed by RES-FL JJC, LLC (Doc. Nos. 20 & 25) is hereby rescheduled to April 28, 2016 at 1:35 p.m., before the Honorable Caryl E. Delano, United States Bankruptcy Judge, in Courtroom E, Room 4-117, 2110 First Street, Ft. Myers, Florida ("continued hearing date").

**2.     THIS IS THE FINAL CONTINUANCE FOR CONFIRMATION IN THIS CASE.**

3.     At least fourteen (14) days prior to the hearing, the Debtor shall correct any deficiencies or problems listed in the Recommendation or previously raised by the Chapter 13 Trustee's office concerning confirmation of the Chapter 13 Plan.

4.     Any amended budget, statements or schedules must be filed at least fourteen (14) days prior to the continued hearing date.

5.     If the Debtor files an amended budget, statements, schedules, the documents that support the changes reflected in those amendments, must be provided to and received by the Chapter 13 Trustee's office at least fourteen (14) days prior to the continued hearing date.

6.     Additionally, any documents or other items requested by the Chapter 13 Trustee's office must be provided to and received by the Chapter 13 Trustee's office at least fourteen (14) days prior to the continued hearing date.

7.     Any amended Chapter 13 plan must be filed no later than twenty-five (25) days prior to the continued hearing date.

8.     All objections to claims, motions to determine secured status, or motions to strip and/or avoid liens or other matters necessary for confirmation of the Chapter 13 Plan must be resolved at least fourteen (14) days prior to the continued hearing date.

**9.     Failure of the Debtor to timely comply with any of the provisions contained in this Order may result in the dismissal of this case and appropriate sanctions may be imposed, sua sponte, including, but not limited to, disgorgement of attorney's fees.**

**10.    The failure of the Debtor or Debtor's attorney to timely comply with any of the provisions contained within this order shall result in the automatic disgorgement of $350.00 from the total amount of Debtor's attorney's fee received, or to be received through the Plan payments made to date, unless cause can be shown to the Chapter 13 Trustee prior to the continued confirmation hearing, as herein provided, that the delay in compliance was beyond the control of the Debtor or Debtor's attorney.  Attorney for the Debtor(s) may ask the Judge to make the final decision if Debtors attorney and the Chapter 13 Trustee do not agree. The failure to comply with any of the provisions contained within this order may also result in the dismissal of this case.**

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/MEC/sn                                                                                                          C13T 03/01/16

**\*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.**